# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| Dennis Dean Hale, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-3509-CV-S-JTM |
| | ) |
| Michael D. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On Thursday, January 5, 2012, the Court heard oral argument on the *Plaintiff's Brief*, filed May 26 2011 [Doc. 13] and the *Brief For Defendant*, filed July 7, 2011 [Doc. 19]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the January 5, 2012 argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                                  */s/ John T. Maughmer*
                                               **JOHN T. MAUGHMER**
                                               **U. S. MAGISTRATE JUDGE**